William J. Robinson (SBN 83729)
e-mail: wrobinson@foley.com
M. John Carson (SBN 41285)
e-mail:  jcarson@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone:  213.972.4500
Facsimile:  213.486.0065

JS-6

Attorneys for Plaintiff
ADVANCED VIDEO COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED VIDEO COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>GRIDSENSE, INC.<br><br>Defendant. | Case No:  CV 12-1158 CAS (JEMx)<br><br>~~[PROPOSED]~~ STIPULATED JUDGMENT<br><br>Judge:    Hon. Christina A. Snyder<br>Complaint Filed:  February 9, 2012 |

WHEREAS, plaintiff Advanced Video Communications, Inc. ("AVC") and defendant Gridsense, Inc., ("Gridsense") have entered into a Settlement Agreement of all matters here in controversy and have agreed that all claims asserted in this action should consequently be terminated with an injunction against Gridsense, Inc.

IT IS HEREBY STIPULATED, by the parties, through their counsel, AND IT IS HEREBY ORDERED, by this Court, that:

1. The Court has jurisdiction over the parties and the subject matter of the dispute and the Settlement Agreement.

2. AVC is the owner of United States Trademark No. 3,883,554 ("the

Mark"). AVC owns all right, title, and interest in the Mark. The Mark is valid, enforceable, and subsisting.

3. Gridsense, its agents, servants, employees and attorneys and those in active concert or participation with any of them shall be, and hereby are permanently enjoined from using any name or mark, that consists in whole or in part of the Mark, or any name, mark, or slogan confusingly similar to the Mark. As part of this injunction, Gridsense will (a) remove from the website http://www.gridsense.com/, any and all offers for sale of any image transmission device using the Mark or any name, mark or slogan confusingly similar to the Mark and (b) not distribute any product literature using the Mark or any name, mark, or slogan confusingly similar to the Mark on image transmission devices.

4. This Court shall retains jurisdiction to consider and determine any breach of the Settlement Agreement entered into between the parties hereto and those parties agree that any matter arising out of or relating to that Settlement Agreement shall be litigated in this Court.

IT IS SO ORDERED.

Dated: April 27, 2012

Christina A. Snyder
United States District Judge